# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| VALERIE GRANT, LORRAINE WISE, CHARLESETTA GRIFFIN, RAE LOUISE JONES, DOROTHEA PERKINS, NELLER JOHNSON, and others similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>RICHARD W. RILEY, SECRETARY, UNITED STATES DEPARTMENT OF EDUCATION,<br>    Defendant. | C. A. No. 1:00CV01595 (JR)<br><br>**FILED**<br>JUL - 7 2000<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER

This matter came before the Court on the parties' Joint Motion for Preliminary Approval of the Settlement Agreement and the Notice of Class Action Settlement and Joint Request for Fairness Hearing, and the Plaintiffs' Motion to Preliminary Certify this Case as a Class Action, which is unopposed. A proposed Settlement Agreement has been submitted to the Court which purports to resolve the class claims presented by Valerie Grant, Lorraine Wise, Charlesetta Griffin, Rae Louise Jones, Dorothea Perkins, and Neller Johnson, on behalf of all similarly situated individuals, against the defendant. The Agreement obliges the parties to submit the Agreement to this Court for a preliminary certification of the class described in the Settlement Agreement, for its preliminary

(N)                                                                                                  4

approval of the settlement as fair and reasonable to the class, and for approval of the method and form of the proposed notice to the class.

After reviewing the material submitted in the parties' joint motion, this Court hereby preliminarily certifies a class consisting of Blacks not of Hispanic descent, who Education employed, and whose permanent duty station was at Headquarters, in the competitive service at grades 11-15 at any point from February 4, 1991, to the date of entry of this Order. In addition, the Court preliminarily approves the Settlement Agreement as fair and reasonable to the class. The attached Notice is also approved by this Court as being sufficient to provide the notice to members of the plaintiff class required by Rule 23(e) of the Federal Rules of Civil Procedure.

The parties are hereby directed to proceed with notice to the class in the manner prescribed in the Settlement Agreement and Attachments 5, 6 and 7 thereto. Notice shall be provided to the class in accordance with the following schedule:

1. Final date for notice to the class: _August 24_, 2000

2. Final date for receipt of objections to the Agreement: _October 10_, 2000

3. Fairness Hearing: _December 8_, 2000, at _10:00_ a.m./~~p.m.~~

_July 7, 2000_  _James Robertson_
DATE            UNITED STATES DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE GRANT, LORRAINE WISE, CHARLESETTA GRIFFIN, RAE LOUISE JONES, DOROTHEA PERKINS, NELLER JOHNSON, and others similarly situated,<br>      Plaintiffs,<br><br>v.<br><br>RICHARD W. RILEY, SECRETARY, UNITED STATES DEPARTMENT OF EDUCATION,<br><br>      Defendant. | Civ. A. No. 1:00CV01595 (JR) |

For Service On:

HARRY LEE, Esq.
JOHN F. O'CONNOR, Esq.
Steptoe & Johnson, LLP.
1330 Connecticut Avenue NW
Washington, D.C. 20036

AVIS E. BUCHANAN, Esq.
AVIS L. SANDERS, Esq.
Washington Lawyers' Committee for
 Civil Rights and Urban Affairs
11 DuPont Circle, N.W., Suite 400
Washington, D.C. 20036

Counsel for Plaintiffs

JENNIFER R. RIVERA, Esq.
WILLIAM R. KIRSCHNER, Esq.
U.S. Department of Justice
Civil Division
Federal Programs Branch
901 E Street N.W., Room 1010

Washington, D.C. 20530

Counsel for Defendant