# ATTENTION
## NOTICE OF SETTLEMENT
## U.S. DEPT. OF EDUCATION
## CLASS ACTION LITIGATION
## U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, DC

**FILED**

JUL 1 0 2000

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CIVIL ACTION 00-1595-

TO ALL CURRENT AND FORMER EMPLOYEES OF THE DEPARTMENT OF EDUCATION WHO WORKED IN THE COMPETITIVE SERVICE AT HEADQUARTERS IN GRADES 11 THROUGH 15 AT ANY TIME BETWEEN FEBRUARY 4, 1991 AND JULY 7, 2000.

This Court wishes to advise you that a settlement has been reached between the Department of Education ("the Department") and plaintiffs in a race discrimination class action that began in 1991. Following more than three years of mediation, the parties advised the Court of their proposed overall settlement of the entire litigation.

Under the settlement, the Government will pay Four Million Dollars ($4,000,000) in cash into a settlement fund for the benefit of the class. This payment will cover the claims of all class members and plaintiffs, except as noted below. The Department also has agreed to revise many of its employment practices. The Department's compliance with the settlement will be monitored by counsel for the plaintiffs and class members and the Court over the next four years. The settlement does not provide for quotas based on race or for the displacement of anyone from his or her job. The Government also will pay a portion of the attorneys' fees incurred by Class Counsel in prosecuting this case on behalf of the class.

(N)

6

The Court has reviewed and granted preliminary approval of the overall settlement and will reach a final decision as to its fairness and adequacy after the class members and any other individuals who might be affected have had an opportunity to comment, if they wish, favorably or otherwise, on the agreement.

If you believe that you have erroneously been excluded from or included in the class, you must contact Class Counsel, in writing, at Department of Education Class Action, Steptoe & Johnson LLP, 1330 Connecticut Avenue, N.W., Washington, D.C. 20036 no later than September 5, 2000 to clarify your status. Class members may be eligible to participate in the settlement fund. Certain class members who were discriminatorily denied promotion may also be eligible to receive a prospective promotion under the settlement. Except as noted below, this settlement would provide the sole procedure for both plaintiffs and class members to obtain relief for all claims that arose during the time period defined above. Any race discrimination claim of denial of promotion, except as noted below, or claim based on events that could have given rise to a claim of race discrimination in promotions, of class members who do not fit the exception below would be barred. **<u>The settlement allows for class members who have timely filed claims of race discrimination in promotions administratively or in court to pursue a claim for compensatory damages. These are the only claims the settlement preserves.</u>**

Class members need not take any steps to be considered for participation in the settlement or to be considered for a prospective promotion. Class members will have the opportunity to correct the information about their employment histories that will be used to allocate the settlement fund and to determine eligibility for prospective promotions. A detailed description of the procedures for obtaining or correcting employment history information can be located on the web at www.steptoe.com. For corrections to be considered, they must be mailed to Class

Counsel, Department of Education Class Action, Steptoe & Johnson LLP, 1330 Connecticut Avenue, N.W., Washington, D.C. 20036 and postmarked no later than 90 days after Final Approval of the Settlement Agreement. Corrections submitted by class members after that date will not be allowed, subject to applicable law.

You may obtain a copy of the Settlement Agreement without cost from Class Counsel by picking it up at Steptoe & Johnson LLP, 1330 Connecticut Avenue, N.W., Washington, D.C. 20036. Alternatively, you may download the Settlement Agreement without cost from the web at http://www.steptoe.com or at http://www.ed.gov/class_action. You also may view the documents in person at the Office of the Clerk, United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, DC 20001.

This Court will hold a hearing at 10:00 a.m. on December 8, 2000, at the United States District Courthouse for the District of Columbia. At that time, the Court will hear comments, favorable or otherwise, concerning the settlement pursuant to the procedure described below. Class members need not be present in court to receive a cash award or other benefit from the settlement. The class will be represented in court by Class Counsel.

If you are a person to whom this Notice is directed and you want to object to or otherwise comment on the settlement, you must send a written statement objecting to or commenting on the settlement, postmarked no later than October 10, 2000, to the Clerk of the Court, United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C. 20001. Such correspondence should reference Grant v. Riley, No. 1:00-CV-1595. If you wish to be heard at the hearing, you must so indicate in your written objection or comment. Unless otherwise ordered by the Court, you may then appear at the hearing yourself, or with an attorney of your own choice at your own expense.

- 4 -

The Court cannot provide you with legal advice. All inquiries to the court about the settlement will be referred to Steptoe & Johnson LLP or the Washington Lawyers' Committee for Civil Rights and Urban Affairs as Class Counsel. You may direct any comment or inquiry to Class Counsel by mail addressed to Class Counsel, Department of Education Class Action, Steptoe & Johnson LLP, 1330 Connecticut Avenue, N.W., Washington, D.C. 20036 or the Washington Lawyers' Committee for Civil Rights and Urban Affairs, 11 Dupont Circle, N.W., Washington, D.C. 20036.

_____
Judge, United States District Court
for the District of Columbia

Date: July 10, 2000