IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VALERIE GRANT, LORRAINE WISE, )
CHARLESETTA GRIFFIN, )
RAE LOUISE JONES, )
DOROTHEA PERKINS, )
NELLER JOHNSON, )
and others similarly )
situated, )      C. A. No. 1:00CV01595 (JR)
      Plaintiffs, )
   v. )
RICHARD W. RILEY, )
SECRETARY, UNITED STATES )
DEPARTMENT OF EDUCATION, )
      Defendant. )

FILED

AUG 0 2 2000

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

FOR GOOD CAUSE SHOWN, it is hereby ORDERED that the word "discriminatorily" be deleted from Attachment 6 to the Settlement Agreement in this action. Furthermore, prior to effecting notice pursuant to the Settlement Agreement, Tab A to Defendant's Unopposed Motion to Amend Attachment 6 of the Settlement Agreement shall replace the existing page 2 of Attachment 6 of the Settlement Agreement.

DATED this 2⟁ day of August, 2000.

_____
UNITED STATES DISTRICT JUDGE



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE GRANT, LORRAINE WISE, ) <br> CHARLESETTA GRIFFIN, ) <br> RAE LOUISE JONES, ) <br> DOROTHEA PERKINS, ) <br> NELLER JOHNSON, ) <br> and others similarly ) <br> situated, ) <br>         Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> RICHARD W. RILEY, ) <br> SECRETARY, UNITED STATES ) <br> DEPARTMENT OF EDUCATION, ) <br> ) <br>         Defendant. ) | Civ. A. No. 1:00CV01595 (JR) |

For Service On:

HARRY LEE, Esq.
JOHN F. O'CONNOR, Esq.
Steptoe & Johnson, LLP.
1330 Connecticut Avenue NW
Washington, D.C. 20036

AVIS E. BUCHANAN, Esq.
AVIS L. SANDERS, Esq.
Washington Lawyers' Committee for
 Civil Rights and Urban Affairs
11 DuPont Circle, N.W., Suite 400
Washington, D.C. 20036

Counsel for Plaintiffs

JENNIFER R. RIVERA, Esq.
WILLIAM R. KIRSCHNER, Esq.
U.S. Department of Justice
Civil Division
Federal Programs Branch
901 E Street N.W., Room 1010
Washington, D.C. 20530

Counsel for Defendant