UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE GRANT, LORRAINE WISE, CHARLESETTA GRIFFIN, RAE LOUISE JONES, DOROTHEA PERKINS, NELLER JOHNSON, and others similarly situated,<br>      Plaintiffs,<br><br>v.<br><br>RICHARD W. RILEY, SECRETARY, UNITED STATES DEPARTMENT OF EDUCATION,<br>      Defendant. | Civ. A. No. 1:00CV01595 (JR)<br><br>**FILED**<br>DEC - 8 2000<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER

The Court, having fully considered the terms of the proposed settlement in this action and all responses to it that were presented to the Court, hereby approves the settlement as fair, adequate and reasonable and not the product of collusion between the parties.

The Court also certifies the plaintiff class described in Section I.B. of the Settlement Agreement, pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure. The named plaintiffs, Valerie Grant, Lorraine Wise, Charlesetta Griffin, Rae Louise Jones, Dorothea Perkins, and Neller Johnson, have satisfied all the requirements for the certification of such a class. The certified class consists of Blacks not of Hispanic descent, who the Department of Education employed, and whose permanent duty station was at Headquarters, in the competitive service at grades 11-15 at any point from February 4, 1991, to July 7, 2000.

The Court is satisfied that adequate notice of the proposed settlement in this action has been provided pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, and that each member of the plaintiff class and all other persons whose interests or legal rights might be affected by the settlement have had an adequate opportunity to file objections or comments with the Court and to appear at a hearing to voice those objections.

The Court is also satisfied that the promotional relief provided for in the Settlement Agreement is narrowly tailored to serve a compelling state interest and that such relief will not unconstitutionally infringe the rights of non-African Americans within the Department of Education.

The Court shall retain jurisdiction of this matter for four years following its effective date pursuant to section VI of the Settlement Agreement.

IT IS SO ORDERED this 8th day of December, 2000.

_____
THE HONORABLE JAMES ROBERTSON
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE GRANT, LORRAINE WISE, CHARLESETTA GRIFFIN, RAE LOUISE JONES, DOROTHEA PERKINS, NELLER JOHNSON, and others similarly situated, <br><br>    Plaintiffs, <br><br> v. <br><br> RICHARD W. RILEY, SECRETARY, UNITED STATES DEPARTMENT OF EDUCATION, <br><br>    Defendant. | Civ. A. No. 1:00CV01595 (JR) |

For Service On:

HARRY LEE, Esq.
JOHN F. O'CONNOR, Esq.
Steptoe & Johnson, LLP.
1330 Connecticut Avenue NW
Washington, D.C. 20036

AVIS E. BUCHANAN, Esq.
AVIS L. SANDERS, Esq.
Washington Lawyers' Committee for
 Civil Rights and Urban Affairs
11 DuPont Circle, N.W., Suite 400
Washington, D.C. 20036

Counsel for Plaintiffs

JENNIFER R. RIVERA, Esq.
WILLIAM R. KIRSCHNER, Esq.
U.S. Department of Justice
Civil Division
Federal Programs Branch
901 E Street N.W., Room 1010
Washington, D.C. 20530

Counsel for Defendant