IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE T. GRANT,<br>LORRAINE WISE,<br>CHARLESETTA GRIFFIN,<br>RAE LOUISE JONES,<br>DOROTHEA PERKINS,<br>NELLER JOHNSON,<br>and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>RICHARD W. RILEY, Secretary,<br>United States Department of Education<br><br>        Defendant. | Civil Action No. 1:00CV01595 (JR)<br><br>**FILED**<br><br>OCT 2 5 2001<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U S DISTRICT COURT |

## ORDER

Upon consideration of the Plaintiffs' Motion to Seal and any Response thereto, it is this ____ day of October, 2001,

**ORDERED**, that Plaintiffs' Motion to Seal is **Granted**; and it is

**FURTHER ORDERED**, that Exhibit B to Plaintiffs' Motion to Approve Proposed Distribution of The Monetary Award & To Proceed With Final Distribution shall remain under seal.

 

JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE




Copies to:

Harry Lee, Esq.
John F. O'Connor, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

Avis L. Sanders, Esq.
Avis E. Buchanan, Esq.
Washington Lawyers' Committee for
  Civil Rights and Urban Affairs
11 DuPont Circle, N.W., Suite 400
Washington, D.C. 20036

William R. Kirschner, Esq.
Federal Programs Branch
United States Department of Justice
901 E Street, N.W., Room 1010
Washington, D.C. 20530