IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE T. GRANT,<br>LORRAINE WISE,<br>CHARLESETTA GRIFFIN,<br>RAE LOUISE JONES,<br>DOROTHEA PERKINS,<br>NELLER JOHNSON,<br>and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD W. RILEY, Secretary,<br>United States Department of Education<br><br>Defendant. | Civil Action No. 1:00CV01595 (JR)<br><br>FILED<br><br>NOV 1 6 2001<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER

Upon consideration of the Plaintiffs' Motion to Approve Proposed Distribution of The Monetary Award & To Proceed With Final Distribution, and any Response thereto, it is this 16th day of ~~October~~ November, 2001,

**ORDERED**, that Plaintiffs' Motion is **Granted**; and it is

**FURTHER ORDERED**, that the Class List and net point calculations filed under seal as Exhibit B to Plaintiffs' Motion are fair and reasonable and in accordance with the terms of the Court Approved Settlement Agreement; and it is

**FURTHER ORDERED**, that Class Counsel shall distribute each class members' proportionate share of the monetary award consistent with the formula prescribed by the Court Approved Settlement Agreement; and it is



**FURTHER ORDERED**, that 180 days from the date of this Order, Class Counsel shall file a motion advising the Court of the funds, if any, remaining in the Trust's interest bearing account and the Steering Committee's recommendations for distribution of those funds.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

Copies to:

Harry Lee, Esq.
John F. O'Connor, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

Avis L. Sanders, Esq.
Avis E. Buchanan, Esq.
Washington Lawyers' Committee for
 Civil Rights and Urban Affairs
11 DuPont Circle, N.W., Suite 400
Washington, D.C. 20036

William R. Kirschner, Esq.
Federal Programs Branch
United States Department of Justice
901 E Street, N.W., Room 1010
Washington, D.C. 20530