IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE T. GRANT,<br>LORRAINE WISE,<br>CHARLESETTA GRIFFIN,<br>RAE LOUISE JONES,<br>DOROTHEA PERKINS,<br>NELLER JOHNSON,<br>and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>RICHARD W. RILEY, Secretary,<br>United States Department of Education<br><br>    Defendant. | Civil Action No. 1:00CV01595 (JR) |

## ORDER

Upon consideration of the Plaintiffs' Motion to Approve Thirty-Four Class Members to Receive a Prospective Promotion, and any Response thereto, it is this  21st  day of December, 2001,

**ORDERED**, that Plaintiffs' Motion is **Granted**; and it is

**FURTHER ORDERED**, that the list of class members selected for promotion is fair and reasonable and in accordance with the terms of the Court-approved Settlement Agreement; and it is

**FURTHER ORDERED**, that the Department of Education shall implement the thirty-four promotions listed in Exhibit B to Plaintiffs' Motion to Approve Thirty-Four Class Members




to Receive a Prospective Promotion in accordance with the procedures and time frame prescribed by the Court-approved Settlement Agreement.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

Copies to:

Harry Lee, Esq.
John F. O'Connor, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

Avis L. Sanders, Esq.
Avis E. Buchanan, Esq.
Washington Lawyers' Committee for
 Civil Rights and Urban Affairs
11 DuPont Circle, N.W., Suite 400
Washington, D.C. 20036

William R. Kirschner, Esq.
Federal Programs Branch
United States Department of Justice
901 E Street, N.W., Room 1010
Washington, D.C. 20530