IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE T. GRANT,<br>LORRAINE WISE,<br>CHARLESETTA GRIFFIN,<br>RAE LOUISE JONES,<br>DOROTHEA PERKINS,<br>NELLER JOHNSON,<br>and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>RODERICK PAIGE, Secretary,<br>United States Department of Education<br><br>　　　　　　Defendant. | Civil Action No. 1:00CV01595 (JR)<br><br>**FILED**<br><br>JUN 2 8 2002<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER

Upon consideration of Plaintiffs' Status Report Regarding Unclaimed Amounts Remaining in the Monetary Fund, and the arguments presented during the June 24, 2002 hearing, it is this _28th_ day of June, 2002,

**ORDERED,** that on July 15, 2002, or as soon thereafter as is reasonably practicable, Class Counsel shall complete distribution to all class members who are entitled to a share of the settlement fund and from whom Class Counsel has received completed tax forms by July 1, 2002; it is

**FURTHER ORDERED,** that class members from whom Class Counsel has not received completed tax forms by July 1, 2002 shall not be entitled to any share of the settlement fund; it is

**FURTHER ORDERED,** that on July 15, 2002, or soon thereafter, Class Counsel shall distribute a pro rata share of the unclaimed funds, if any, remaining in the interest bearing account to Monica Woods, Desandre V. Cobb, David G. Chege, James S. Guitard, and Daun Wilson-Freeman, with such shares to be calculated pursuant to the same formula by which all other class members' shares were calculated; and it is

**FURTHER ORDERED,** that if unclaimed funds remain in the account after the final

- 2 -

distribution on July 15, 2002, the Steering Committee shall determine whether the unclaimed funds should be: (a) distributed in equal shares to the entire class of individuals who were eligible to receive funds under the Settlement Agreement; (b) distributed to the entire class of individuals who were eligible to receive funds under the Settlement Agreement, each class member's share to be determined pursuant to the formula set forth in the Settlement Agreement; or (c) contributed to one or more charities selected by the members of the Steering Committee. Class Counsel shall forward to the Court the Steering Committee's recommendation with a proposed order that would effectuate such recommendation.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

- 3 -

Copies to:

Harry Lee, Esq.
John O'Connor, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

Avis E. Buchanan, Esq.
Washington Lawyers' Committee for
 Civil Rights and Urban Affairs
11 DuPont Circle, N.W., Suite 400
Washington, D.C. 20036

William R. Kirschner
Trial Attorney
Federal Programs Branch
United States Department of Justice
901 E Street, N.W., Room 1010
Washington, D.C. 20530